**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:   INTERNSHIP WITH
JUDGE CHARLENE EDWARDS HONEYWELL            CASE NO. 8:22-mc-01

_____/

**ORDER**

Graham Marcus is participating in the 2022 Stetson Spring Externship Program with the Middle District of Florida, Tampa Division. Mr. Marcus has permission to bring a cell phone and laptop computer into the Sam M. Gibbons Federal Courthouse, 801 N. Florida Avenue, Tampa, Florida, January 14, 2022 through April 25, 2022.

**DONE AND ORDERED** in Chambers, in Tampa, Florida, January 11, 2022.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
U.S. Marshal
CSO, Front Entrance